

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00556-CV

IN THE INTEREST OF S.R.-M.C.

Appeal from the 313th District Court of Harris County.  (Tr. Ct. No. 2010-08247J).

This case is an appeal from the order terminating parental rights signed by the trial court on June 2, 2015.  After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's order contains no reversible error.  Accordingly, the Court **affirms** the trial court's order.

The Court **orders** that this decision be certified below for observance.

Judgment rendered November 17, 2015.

Panel consists of Chief Justice Radack and Justices Massengale and Brown. Opinion delivered by Chief Justice Radack.